**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **GLENN DAMOND** | **CASE NO.  1:23-CV-01811 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **CITY OF ALEXANDRIA ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 10), and after a de novo review of the record, including Plaintiff's Objection (ECF No. 11), having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that the Complaint (ECF No. 7) is DISMISSED under 28 U.S.C. § 1915(e)(2)(b), WITH PREJUDICE as to the federal claims and WITHOUT PREJUDICE as to the state claims.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 1st day of August, 2024.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**